VIRGINIA!
IN THE FEDERAL COURT COUNTY ROANOKE U
SUPERINTENDENT JOSEPH HIGGS JR )  CASE NO(s) 7:19cv164
RAPPAHANNOCK REGIONAL JAIL DEFENDANT )
STAFFORD VA   22555 )
P.O. BOX 3300 )
V, )
CORPORAL SHAW RRJ    DEFENDANT )
V,
SHANE SIMMONDS RRJ   DEFENDANT )
V,
SGT SIMPSON RRJ      DEFENDANT ) 28 1983 U.S.C. PRISONER
V,                                  RIGHTS
CORPORAL FEENEY RRJ DEFENDANT)
V,
CORPORAL FOSTER RRJ DEFENDANT)
V,
CORPORAL COLEMAN RRJ DEFENDANT)
V,
SERGEANT FRANZEN RRJ DEFENDANT
V,
CORPORAL TAYLOR RRJ DEFENDANT)
V
SUP. BERTHES RRJ DEFENDANT)
V,
CAPT NORRIES RRJ DEFENDANT)
V,
OFF, RIVERSON RRJ DEFENDANT)

§ 28 USC 1983

COMES NOW THE ~~PLAINTIFF~~ (BRIAN JOSEPH BLAKE) AND REPRESENTS AS FOLLOWS:

1) THE STAFF HAVE VIOLATED MY 1ST, 8TH, 14TH AMENDMENTS

2) I HAVE WROTE IT UP TO NO AVAIL
IN TALKED TO OFFICERS TO NO AVAIL

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 13 2019
JULIA C. DUDLEY, CLERK
BY: /s/ Seage
DEPUTY CLERK

3) ON OR ABOUT 2-8-19 STAFF OVER SPRAYED ME AND I COULDNT BREATH I THREW UP MY DINNER I ASKED FOR FOOD FOSTER FOR FOOD HE SAID I AM NOT GIVING YOU NOTHING

4) ON 2-8-19 OFFC. RIVERSON LIED IN HIS STATEMENTS TO HARASS ME

5) ON FRANZENS SHIFT IN D-1 CELL 19 THEY BUCKED ON FEEDING ME ON A FRIDAY NIGHT

6) I LAWSUITS AGAINST THE SUPERINTENDENT AND OFFICERS BUT YET THEY KEEP HOUSING ME HERE AND HARASSING ME AND BREAKING MY RIGHTS

7) ON OCT. 25 2018 A OFFICER PUNCHED ME MULTIPLE TIMES IN THE FACE AND DREW BLOOD I NOW FEAR FOR MY SAFETY!!

8) CAPT. NORRIS ON OR ABOUT NOVEMBER OR DECEMBER AND SAID TO ME IN MEDICAL I AM A COUNTRY BOY AND I CAN MAKE THIS HARD OR EASY FOR YOU!!

9) I HAVE OFFC. ASKING ABOUT MY CASES IN RRT TO TRY AND DEFEND MALICIOUS BY OFFICER SIMMONDS, I AM NOT SAFE HERE!! THEY ARE KEEPING ME IN THE HOLE TO KEEP ABUSING ME AND TO KEEP MY SILENCE

10) I ASKING TO BE REMOVED FROM THIS FACILITY FOR PROTECTION AND ASKING FOR $50,000 FOR SUFFERING AND CRUEL & UNUSAL & COPORAL PUNISHMENT MENTAL ANGUISH I HAVE PROOF

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY A TRUE AND ACCURATE COPY IS HEREBY FORWARDED BY U.S.P.S. TO HON. ROBERT S. BALLOU UNITED STATES MAGISTRATE JUDGE ON FEBRUARY 11TH DAY 2019

BRIAN JOSEPH BLAKE
RAPPAHANNOCK REGIONAL JAIL
P.O. BOX 3300
STAFFORD VA 22555

BY: Brian Blake
PRO SE LITIGANT

CC:
SUP. JOSEPH HIGGS JR
BRIAN BLAKE
HON. ROBERT S. BALLOU

20074494 : BLAKE, BRIAN J

Loc: SP1 SP1-14  Rappahannock Reg Jail   Acct: Rappahan-45021

By: CHOLDBROOK From: PROPERTY   Prior Balance: $0.00

| Combo Bill | Combo Bill | |
|---|---|---|
| | Medical : Today, you were evaluated by MD/PA. A prescription was written for you to recieve a medication. Please be aware that it may take 24-72 hours for you to receive your first dose. Lab work or any diagnostic test may take 10-14 days to be completed. | $15.00 CHRG |

Please sign and return this form to the medical department.

You can place the signed copy in the medical request box in your pod.

Keep one of the copies for your personal records.

Sign: _____

Main Balance: $0.00
Housing Fees Debt: $340.00
Hygiene Kit Debt: $4.00
Medical Debt: $120.00
Indigent Kits Debt: $58.50
Hearing Fees Debt: $70.00
PayMyJailer Debt Collection Debt: $4164.18

*Total over 5,000* (handwritten)

| | | | |
|---|---|---|---|
| 20074494 : BLAKE, BRIAN J | | | 9143356 |
| Loc: A4 A4-19 | Rappahannock Reg Jail | Acct: Rappahan-45021 | 7/27/2018 3:58:02 PM |
| By: JSHEARER From: PROPERTY | | Prior Balance: | $0.00 |

| | | |
|---|---|---|
| Combo | Combo Bill<br>MH MEDICATION (1) | |
| Bill | Medical : Today, you were evaluated by MD/PA. A prescription was written for you to recieve a medication. Please be aware that it may take 24-72 hours for you to receive your first dose. Lab work or any diagnostic test may take 10-14 days to be completed.<br><br>Please sign and return this form to the medical department.<br><br>You can place the signed copy in the medical request box in your pod.<br><br>Keep one of the copies for your personal records. | $15.00 CHRG |

Sign:

| | |
|---|---|
| Main Balance: | $0.00 |
| Housing Fees Debt: | $40.00 |
| Hygiene Kit Debt: | $4.00 |
| Medical Debt: | $15.00 |
| Indigent Kits Debt: | $9.00 |
| PayMyJailer Debt Collection Debt: | $4164.18 |

BRIAN BLAKE A200 744414 SP3-15
RAPPAHANNOCK REGIONAL JAIL
P.O. BOX 3300
STAFFORD VA 22555

LEGAL
MAIL

To: ROBERT S BALLOU
210 FRANKLIN ROAD S.W.
SUITE 540
ROANOKE VA 24011

RAPPAHANNOCK REGIONAL JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM AND DOES NOT ASSUME RESPONSIBILTY FOR ITS CONTENTS

24011800003 C0009

BRIAN BLAKE #2007444411 SP3-75
RAPPAHANNOCK REGIONAL JAIL
P.O. BOX 3300
STAFFORD VA 22555

LEGAL
MAIL

RAPPAHANNOCK REGIONAL JAIL HAS NEITHER CENSORED NOR INSPECTED THIS ITEM AND DOES NOT ASSUME RESPONSIBILTY FOR ITS CONTENTS

HON. ROBERT S. BALLOU
210 FRANKLIN ROAD S.W.
SUITE 540
ROANOKE VA 24011

