IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRIAN JOSEPH BLAKE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19cv00164 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSH HIGGS, JR., *et al.*, | ) | By: Michael F. Urbanski |
|     Defendants. | ) | Chief United States District Judge |

Plaintiff Brian Joseph Blake brings this civil rights action pursuant to 42 U.S.C. § 1983, describing events which occurred at Rappahannock Regional Jail. Because the cause of action arose within the jurisdiction of the United States District Court for the Eastern District of Virginia, the court finds it appropriate to transfer this case to that court. *See* 28 U.S.C. §§ 1391(b), 1404(1), 1406(a). In the exercise of discretion, it is hereby

**ORDERED**

(1)    that this action is **FILED** solely for the administrative convenience of the Clerk; and

(2)    that this action is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia. The Clerk is directed to transfer all pleadings filed in this case and a copy of the docket sheet to the Clerk of the United States District Court for the Eastern District of Virginia.

Plaintiff is advised to send all future filings for this case to the Clerk's Office for the United States District Court for the Eastern District of Virginia.

The Clerk is directed to send a copy of this order to the plaintiff.

**ENTER**: This 27th day of February, 2019.

/s/ Michael F. Urbanski
Chief United States District Judge